1212322

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JUAN JOJON

## WARRANT FOR ARREST

CASE NUMBER: 1:06 M 88A

RECEIVED

SEP 05 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN JOJON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

Name of Issuing Officer: [signature]

Title of Issuing Officer: UNITED STATES MAGISTRATE JUDGE

Signature of Issuing Officer: LINCOLN D. ALMOND

Date and Location: 9/5/06 PROVIDENCE, RHODE ISLAND

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/05/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 09/06/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.