AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
v.
Juan Sojon

**APPEARANCE**

Case Number: CR06-99T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Juan Sojon

I certify that I am admitted to practice in this court.

9-26-6
Date

[signature]
Signature

KJ Fitzgerald 5775
Print Name Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number