AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JUAN JOJON

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 99 T

I, JUAN JOJON, the above named defendant, who is accused of

ILLEGAL REENTRY HAVING BEEN PREVIOUSLY DEPORTED

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-26-6 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Juan Jojon
*Defendant*

*Counsel for Defendant*

Before
*Judicial Officer* USMJ

This form was electronically produced by Elite Federal Forms, Inc.