**AFFIDAVIT**

I, Cort G. Burke, Senior Special Agent, Department of Homeland Security, Bureau of Immigration and Customs Enforcement, (ICE) hereby make this affidavit in support of a complaint against Juan JOJON, that there is probable cause to believe, is present in the United States without permission of the Attorney General, after having been deported, in violation of Title 8, United States Code, Section 1326(b)(2).

1. On March 28, 2006, the ICE Law Enforcement Support Center located in Williston, Vermont was contacted via electronic law enforcement communications by the Cranston, Rhode Island Police Department in reference to an individual in custody. The individual had been arrested by the Cranston Police for a traffic-related offense and was later charged with Identity Fraud and Obstructing a Police Officer. An investigation concerning deportability of the subject in custody pursuant to that law enforcement inquiry indicated that the subject was an exact fingerprint match with a previously deported citizen of Mexico. As a result of this information, an Immigration detainer was lodged with the Rhode Island Authorities. A search by the Law Enforcement Support Center of ICE computerized databases on the same date indicated that the subject was known to ICE as Juan JOJON. These records revealed that JOJON is a citizen of Mexico who was initially

deported from the United States on May 7, 2001 under alien registration number A78 434 335.

2. On August 16, 2006, JOJON was released to ICE custody and a search of the IDENT computerized fingerprint system re-confirmed the exact fingerprint match with a previously deported citizen of Mexico.

3. I have had the opportunity to review Immigration and Naturalization file A78 434 335 and certain court documents contained within that file. It reflects that JOJON is a native and citizen of Mexico who had been previously deported from the United States on May 7, 2001 under Alien Registration number A78 434 335 and as witnessed by an Immigration Enforcement Agent. JOJON was deported to Mexico through the Port of Entry at Hidalgo, Texas and subsequently re-entered the United States through an unknown place and in an unknown manner.

4. My review of that file reveals no evidence that he has been granted permission by the Attorney General of the United States or any authorized designee to reapply for admission into the United States, nor has the Attorney General authorized any application by him for admission from any foreign contiguous territory.

5. On August 16, 2006 , Daniel D.Sendroff, Senior Special Agent, ICE, who is trained in the science of fingerprint identification, compared a right index fingerprint from the Warrant of Deportation, File number (A78 434 335) to the right index fingerprint taken by an officer of this Service on August 16, 2006. He concluded that the prints belong to the same person.

6. Based on the foregoing, there is probable cause to believe that, on or about August 16, 2006, Juan JOJON, is an alien who previously had been arrested and deported, was found in the United States without permission of the Attorney General, in violation of Title 8, United States Code, Section 1326(b)(2).

Cort G. Burke
Senior Special Agent
U.S. Immigration and
Customs Enforcement

Subscribed and sworn to before
me this 5 th day of Aug. 2006
at Providence, Rhode Island.

LINCOLN D. ALMOND
United States Magistrate Judge
United States District Court