UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0099T |
| | ) | |
| JUAN JOJON | ) | |

SUPPLEMENT TO OBJECTION TO PRESENTENCE REPORT

Now comes Juan Jojon, the Defendant in the above captioned matter, and presents this additional information in response to the Probation Department's response to his objection.

Mr. Jojon agrees with Probation that the offense date for sentencing purposes should reflect the date that the government found him in the United States illegally after deportation. That date, however, is not August 16, 2006, as alleged in the PSR, but March 28, 2006, as noted in the government's affidavit supporting the complaint herein. The crime of illegal reentry can occur at three points in time: the reentry, the attempt to reenter, or the date found by the government. *See United States v. Deleon*, 444 F3d. 41, 52 (1st Cir. 2006); *United States v. Rodriguez*, 26 F.3d 4, 8 (1st Cir. 1994). The offense date here, based on the facts of the case, must reflect the date the government found Mr. Jojon in the country illegally. *See Rodriguez*, 26 F.3d at 8. Mr. Jojon is not arguing that the government could have found him at an earlier date, or that he obviously entered the country prior to the stated offense date. He is arguing that ICE, in fact, *found* Mr. Jojon as early as March 28, 2006. As stated in the initial objection, the offense date in the criminal information, August 16, 2006, merely represents the date that ICE took Mr. Jojon into custody. It does not reflect the date that Mr. Jojon entered illegally, attempted to enter illegally, or the date he was found by the government. On this basis, using the applicable caselaw, the Court should sustain this objection and remove the enhancement added in ¶ 27 for commission of this crime within two years of being released from prison.

Respectfully submitted
Juan Jojon
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Dennis Jenkins, United States Probation Officer, and Stephanie Browne, Assistant United States Attorney, on February 15, 2007.

/s/ Kevin J. Fitzgerald