UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-99T |
| | ) | |
| JUAN JOJON | ) | |

---

MOTION TO SEAL

Now comes the accused, Juan Jojon and hereby moves this Honorable Court to seal defendant's motion for sentence consideration with supporting memorandum.

Respectfully submitted
Juan Jojon
By his attorney,

Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

DENIED
Ernest C. Torres
Chief, US District Judge
se
2/21/07

CERTIFICATION

I hereby certify that a copy of this motion was hand-delivered to Dennis Jenkins, United States Probation Officer, and Stephanie Browne, Assistant United States Attorney, on February 15, 2007.

17